UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA SALDANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AFFINIA DEFAULT SERVICES LLC, et al., <br><br> Defendants. | Case No. 3:19-cv-00039-JD <br><br> **ORDER TO SHOW CAUSE** |

The Court is advised that plaintiff Amelia Saldana ("Saldana") failed to appear at the scheduled ADR teleconference. Dkt. No. 26 at 4-5. Plaintiff also did not participate in a joint case management statement as required by Civil Local Rule 16-9(a). There is a lack of clarity as to plaintiff's represented status given a filing by an attorney, Tony Cara, indicating he was retained "for sole purposes [*sic*] of replying to the Motion to Dismiss," Dkt. No. 29 at 2, and who is no longer counsel of record in this case, Dkt. No. 32.

Whether represented by a lawyer or acting pro se, litigants are held to the same standards with respect to making appearances and adhering to the rules. Saldana is ordered to show cause in writing by **April 3, 2020**, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). She must also clarify whether she is represented by counsel. Any remaining pretrial and trial dates are vacated pending further order of the Court.

**IT IS SO ORDERED.**

Dated: March 13, 2020

JAMES DONATO
United States District Judge